IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-34031-H4-11 |
| | § | |
| GOODCRANE CORPORATION, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

### TRUSTEE'S EMERGENCY MOTION TO APPROVE (I) SALE PROCEDURE AND FORM OF NOTICE; AND (II) CERTAIN BID PROTECTIONS

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**MOVANT HAS REQUESTED EXPEDITED CONSIDERATION OF THIS MOTION.**

**To the Honorable Jeff Bohm,**
**United States Bankruptcy Judge:**

Janet Northrup, the Chapter 11 Trustee ("Trustee") of the bankruptcy estate of Goodcrane

Corporation, a Texas corporation (the "Debtor"), files this Motion to Approve (i) Sale Procedure

and Form of Notice; and (ii) Certain Bid Protections.

### Nature of the Motion

1.  The Trustee has entered into a written agreement to sell certain assets and

operations of the bankruptcy estate of the Debtor to Texas ReExcavation, LC, a Texas limited

liability company, or to the other parties to which Texas ReExcavation. LC has assigned its
rights under the Asset Purchase Agreement (as defined herein) (together with Texas
ReExcavation. LC. such parties are referred to herein as "T-Rex"). free and clear of all liens.
claims. interests and encumbrances under 11 U.S.C. § 363(f) for a total payment of
$6,100,000.00. which will be paid either by (i) cash payment, or (ii) cash payment in an amount
equal to $6,100,000.00 less the outstanding balance of all amounts due under a working capital
loan not to exceed $250,000.00 to be approved by this Court.  The specific terms of the sale are
set forth in greater detail below.  The agreement between the Trustee and T-Rex is subject to
higher and better offers.  In order to induce T-Rex to serve as the "stalking horse" bidder in the
sale process, the Trustee has agreed to, and seeks approval of a sale procedure and form of notice
and certain bid protections as set forth below.

### Background

2.      On June 5. 2009. the Debtor filed a voluntary petition for relief under chapter 11
of title 11 of the United States Code (the "Bankruptcy Code").  On June 30, 2009. the Court
ordered the appointment of a chapter 11 trustee (docket no. 31).  On July 2, 2009, the Court
entered an order appointing the Trustee (docket no. 36).

3.      The Debtor is in the business of designing and manufacturing cranes and deck
equipment for marine offshore applications.  The Debtor's operations have continued under the
direction of the Trustee and the Court-appointed Chief Restructuring Officer.

4.      Since her appointment, the Trustee, with the help of the Chief Restructuring
Officer, has explored various available options for selling the Debtor's assets.  Significant
discussions occurred with several interested purchasers.  These efforts resulted in Court approval
of (i) bid procedures providing for notice and an auction [Docket No. 319] and (ii) a sale of

substantially all the assets of the Debtor to Offshore Energy Holding, L.L.C. ("Offshore")
[Docket No. 363]. Offshore failed and refused to close on the purchase of assets. After Offshore
failed to close, the Trustee and the Chief Restructuring Officer also spent time negotiating with
and providing information to other potential buyers, in an effort to mitigate the substantial
damages caused to the estate by Offshore's breach of contract. After negotiation with several
parties, the Trustee entered into an "Asset Purchase Agreement" with T-Rex. The Asset
Purchase Agreement is attached as **Exhibit 1**. The Asset Purchase Agreement is subject to
higher and better offers. Under the Asset Purchase Agreement, the Trustee has agreed to seek
approval, on an expedited basis, of substantially the same sale procedure and form of notice as
were previously approved by the Court in connection with the sale to Offshore [Docket No. 319],
and certain bid protections for T-Rex, all as more fully set forth below.

      5.      Contemporaneous with this motion, the Trustee is filing a motion to sell certain
assets and operations of the Debtor under § 363(f) of the Bankruptcy Code pursuant to the terms
set forth in the Asset Purchase Agreement (the "Sale Motion").

**The Sale Procedure and Form of Notice**

      6.      The Trustee seeks approval of the following sale procedure and form of notice, to
be used in the event Offshore continues to refuse to close the sale previously approved by the
Court [Docket No. 363] at or before the Auction:

> **Notice of Sale Hearing**. On the first business day following the entry of an order
> approving this motion, the Trustee will serve by first class mail a notice
> containing the date of the final sale hearing to: (i) all potential purchasers
> previously identified or solicited by the Trustee during this bankruptcy case; (ii)
> all other potentially interested parties identified by the Trustee (with input from
> the Official Committee of Unsecured Creditors (the "Committee")) in her
> business judgment as a potential purchaser (collectively, with the parties
> identified in (i) above, the "Potential Purchasers"); (iii) the Office of the United
> States Trustee; (iv) counsel for T-Rex; (v) counsel for the Committee, (vi) all
> parties who are known to possess or assert a lien, claim, encumbrance or interest
> in or upon any of the Purchased Assets (as defined in the Asset Purchase

Agreement): (vii) all applicable United States, state and local regulatory or taxing authorities, recording offices or any governmental entity which have a reasonably known interest in the relief requested in the Sale Motion; and (viii) all parties on the most current master service list filed in this case.

**Qualified Bidders**.   Only Qualified Bidders may participate in the bidding process.  To become a Qualified Bidder, a potential bidder must on or before 5:00 p.m. Central Time on August 31, 2010 (i) execute and deliver to the Trustee a confidentiality agreement prepared by the Trustee and approved by T-Rex, (ii) deposit with the Trustee the sum of $200,000.00 (each, the "Alternative Buyer's Deposit") which deposit shall be nonrefundable unless such Qualified Bidder is not the highest and best offer as determined by the Court; (iii) submit to the Trustee an unqualified and binding cash bid of at least $6,300,000.00 along with an executed written agreement substantially in the form of the Asset Purchase Agreement as determined by the Trustee ("Qualified Bids"); *provided however,* Offshore shall not be required to re-execute and deliver an Asset Purchase Agreement because it has previously executed and delivered an Asset Purchase Agreement approved by the Court [Docket No. 363] and *further provided* that the Trustee may consummate the sale to Offshore before the Auction; and (iv) provide financial and other information to the Trustee and the Committee that allow the Trustee and the Committee to make a reasonable determination as to such bidder's ability to consummate a sale as contemplated herein.  T-Rex is and shall be deemed to be a Qualified Bidder and a party in interest for all purposes. If no other Qualified Bidders are identified, the Asset Purchase Agreement between the Trustee and T-Rex shall be deemed the Highest and Best Bid (as defined below).  No letter of intent or other written proposal submitted to the Trustee prior to the filing of this motion by any party other than T-Rex shall constitute or be considered a Qualified Bid for purposes of these sale procedures. The Trustee, in consultation with the Committee, shall be responsible for conducting the bid and sale process.

**Notice of Qualified Bidders**.   On or before 5:00 p.m. Central Time on September 1, 2010, the Trustee shall file a notice with the Court identifying all Qualified Bidders and attaching copies of all bids that were timely received.  All information received by the Trustee shall be shared with counsel for the Committee and counsel for T-Rex.  The Trustee shall serve a copy of the notice and the corresponding bids on all Qualified Bidders by (a) facsimile or electronic mail or (b) overnight delivery.

**Auction**.  If one or more timely Qualified Bids are received, an auction for the Purchased Assets will be conducted on September 2, 2010, commencing at 10:00 a.m. Central Time at the offices of Wayne Kitchens, Hughes, Watters & Askanase, L.L.P., 333 Clay, 29th Floor, Houston, Texas  77002.  Only Qualified Bidders may participate in the auction.  All Qualified Bidders, or their authorized representatives, must be physically present or present via teleconference at the auction.  At the commencement of the auction, the Trustee shall announce the bidding order, which shall be based on: (i) the amount of the Qualified Bidder's

bid (from low to high); and (ii) if Qualified Bids are identical, the time the Qualified Bids were delivered to the Trustee (the first such received identical bid going first in the auction); *provided, however,* that T-Rex shall bid last in any bidding round in which it participates.   Minimum overbid increments at the auction shall be in the amount of not less than $100,000.00.

**Selection of the Highest and Best Bid**.  At the conclusion of the auction, the Trustee will announce the highest and best Qualified Bid (the "Highest and Best Bid") and the next highest and best Qualified Bid (the "Back-Up Bid").   The Trustee will seek approval of the Highest and Best Bid at the final sale hearing.  If for any reason, the Qualified Bidder submitting the Highest and Best Bid fails to timely consummate the purchase of the Purchased Assets, the Trustee may seek to consummate a sale based on the Back-Up Bid without further approval by the Court.  The Back-Up Bid and the obligation of the party submitting such bid to consummate the purchase of the Purchased Assets shall remain open and in full force until the close of a sale of the Purchased Assets to the party making the Highest and Best Bid or the party making the Back-Up Bid.

**Return of Deposits**.  Within two business days after the conclusion of the auction described above, the Trustee shall return by check the full amount of the Alternative Buyer's Deposit submitted by each party that is not selected as submitting the Highest and Best Bid or the Back-Up Bid.  If the sale of the Purchased Assets is consummated with the party submitting the Highest and Best Bid, the Alternative Buyer's Deposit of the party that is declared the Back-Up Bid shall be returned by check transfer within two business days after the closing of the sale to the party submitting the Highest and Best Bid.

7.     The foregoing sale procedure is substantially identical to the sale procedure previously approved by the Court [Docket No. 319], except that the time period between notice and the deadline for Qualified Bids is slightly shortened.  The Trustee submits such shortened time period is appropriate under the circumstances as the procedure has been followed previously and no Qualified Bids (other than Offshore's initial offer) were received and an auction was not required.  This procedure provides an appropriate framework to ensure that the Trustee's goal of obtaining the maximum value for the Purchased Assets is realized, while taking into account the urgent need of the estate to close a sale and stop the ongoing administrative expenses of the Chief Restructuring Officer and operating expenses.  Moreover, T-Rex has demanded certain deadlines in the Asset Purchase Agreement, including that an Order approving

this Motion be entered no later than August 18, 2010, and that closing of the sale occur no later than October 1, 2010.  The proposed process is transparent and represents a fair balance of the competing issues present in this case.

### Requested Break-Up Fee

8.      In connection with the Asset Purchase Agreement, the Trustee seeks approval of a $180,000.00 break-up fee (the "Break-Up Fee").  Specifically, if (a) the Trustee enters into any agreements or arrangements in connection with any asset sale, stock sale, merger, debt for equity swap, joint venture, financing, reorganization, recapitalization or transfer (including the filing of a plan of reorganization with the Court that provides for a sale to any specifically identified Person) of any convertible debt, convertible equity or warrants the effect of which, individually or in the aggregate, is the direct or indirect transfer of a material portion of the Purchased Assets or the direct or indirect transfer of the ability to effectuate a change of control of the ownership of all or substantial portion of the Purchased Assets, or any similar transaction that does not involve, or delays or deters, a sale of the Purchased Assets to T-Rex (each, an "Alternative Transaction") or consummates before the Auction the sale from the Trustee to Offshore previously approved by the Court [Docket No. 363], (b) T-Rex is not otherwise in default or breach under the Asset Purchase Agreement, and (c) either (i) T-Rex terminates the Asset Purchase Agreement pursuant to Section 10.1(b)(ii), (iv), or (ix) thereof or (ii) the Trustee terminates the Asset Purchase Agreement pursuant to Section 10.1(c)(ii) or (iv) thereof, then the Trustee shall pay to T-Rex the Break-Up Fee.  The Break-Up Fee shall be payable solely from the proceeds of the Alternative Transaction or consummation of the sale from the Trustee to Offshore previously approved by the Court [Docket No. 363].

9.      The Break-Up Fee is slightly less than 3% of the purchase price of $6,100.000.00 offered by T-Rex.  The Court previously approved an almost identical percentage for a break-up

fee of $300,000.00 in connection with a purchase price of $9,100,000.00 offered by Offshore [Docket No. 319], which sale was approved but did not close. The Trustee believes that the Break-Up Fee is appropriate under the circumstances as a cost of ensuring that the Debtor's bankruptcy estate maximizes value for the Purchased Assets, while also providing the Trustee with the opportunity to continue her marketing efforts. The Trustee believes that the amount of the Break-Up Fee is imminently reasonable for a transaction of the type and size contemplated, and is in line with the break-up fee previously approved by the Court [Docket No. 319].

10.     The determination of whether a break-up fee should be allowed is based on whether the fees and expenses are necessary to preserve the value of the estate. *In re O'Brien Environmental Energy, Inc.*, 181 F.3d 527, 534 (3d Cir. 1999). Courts have evaluated break-up fee arrangements under the business judgment rule standard. *Cottle v. Storer Communications, Inc.*, 849 F.2d 570 (11th Cir. 1988); *CRTF Corp. v. Federated Dep't Stores*, 683 F.Supp. 422 (S.D.N.Y. 1988); *In re Integrated Res., Inc.*, 147 B.R. 650, 657 (S.D.N.Y. 1992), *appeal dismissed by* 3 F.3d 49 (2d Cir. 1993); *see also In re Twenver, Inc.*, 149 B.R. 954 (Bankr. D. Colo. 1992). The considerations that underlie a debtor's business judgment to pay a break-up fee are relevant to the Court's determination of the request. *Id.*

11.     It is well-established that "[a] bankruptcy court should uphold a break-up fee which was not tainted by self-dealing and was the product of arm's-length negotiations." *In re Integrated Res., Inc.*, 147 B.R. at 658. In the instant case, the proposed break-up fee and bid protections have been the product of good faith, arm's-length negotiations between the Trustee and T-Rex. The proposed fee is within the spectrum of break-up fees approved by bankruptcy courts in chapter 11 cases throughout the country. *See e.g., In re VarTec Telecom, Inc.*, Case No. 04-81694 (SAF) (Bankr. N.D. Tex., November 23, 2004 and April 15, 2005) (court approved a

break-up fee of approximately 3% with respect to two sales of assets); *In re Enron Corp.*, Case No. 01-16034 (AJG) (Bankr. S.D.N.Y., April 8, 2004) (court approved break-up fee equal to 5% of the purchase price); *In re TransCom USA Management Co., L.P.*, Case No. 01-35158 (KKB) (Bankr. S.D. Tex., February 12, 2002) (court approved a break-up fee of more than 3.6% of the purchase price for the assets); *In re Ameriserve*, Case No. 00-0358 (PJW) (Bankr. D. Del., September 27, 2000) (court approved a break-up fee of 3.64% or $4,000,000 in connection with $110,000,000 sale); *In re Montgomery Ward Holding Corp., et al.*, Case No. 97-1409 (PJW) (Bankr. D. Del., June 15, 1998) (court approved break up fee of 2.7%, or $3,000,000, in connection with $110,000,000 sale of real estate assets); *see also Integrated Res.*, 147 B.R. at 648; *In re Crowthers McCall Pattern, Inc.*, 113 B.R. 877, 879 (Bankr. S.D.N.Y. 1990); *In re 995 Fifth Ave. Assocs., L.P.*, 96 B.R. 24, 28 (Bankr. S.D.N.Y. 1989); *In re Twenever*, 149 B.R. at 957 (holding a topping fee of 1% to 2% is generally found to be reasonable in a majority of cases approving such fees).

## Request For Expedited Consideration

12.    For the reasons set forth in paragraphs 7 and 9 above, the Trustee requests that the Court give expedited consideration to this Motion so the deadlines set by T-Rex can be met and the ongoing administrative expenses of continuing the Debtor's operations can cease upon conclusion of the sale.

Accordingly, the Trustee requests that the Court (i) approve the motion as set forth above; and (ii) grant the Trustee other just relief.

**Dated: August 16, 2010.**

Respectfully submitted,

HUGHESWATTERSASKANASE, LLP

By: _Rhonda Chandler_

Wayne Kitchens      TBN 11541110
Rhonda R. Chandler   TBN 04101600
333 Clay Street, 29th Floor
Houston, Texas  77002
Telephone:  (713) 759-0818
Facsimile:   (713) 759-6834
wkitchens@hwa.com
rchandler@hwa.com
**COUNSEL FOR TRUSTEE**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on the registered ECF filers listed on the attached service list on August 16, 2010.  The other persons listed on the attached service list will be served after the court sets a hearing date for the Sale Motion filed contemporaneously with this Bid Procedures Motion, and a supplemental Certificate of Service will be filed.

_Rhonda Chandler_

Rhonda R. Chandler

**Section 8.11 Service List for Sale Motion and Bid Procedures Motion**
**Case No. 09-34031**

**Debtor:**
GoodCrane Corporation
12221 Almeda Rd.
Houston, TX 77045

**US Trustee:**
U.S. Trustee's Office
515 Rusk Street, Suite 3516
Houston, Texas 77002

**Garnishee**
Otto Candies, LLC
c/o Alfred J. Rufty III
Harris & Rufty, L.L.C.
650 Poydras Street , Suite 2710
New Orleans, LA 70130

**Trustee:**
Janet S Casciato-Northrup
Hughes Watters and Askanase
333 Clay , 29th Floor
Houston, TX 77002

A & A Graphic Supply Co.
11116 W. Little York Bldg. 2
Houston, TX 77041

ABS America
Attn: Legal Department
16855 Northchase Dr.
Houston, TX 77060

A.R. North America, Inc.
140 81st Ave. NE
Fridley, MN 55432

ABS Americas
16855 Northchase Drive
Houston, TX 77216

AABC Communications
1959 Norfolk
Houston, TX 77098

ACW Services
1347 Del Norte
Houston, TX 77018

ABC&P, LLC
c/o its registered agent Patrick Almeda
2712 Green Mountain Drive
Pearland, TX 77584-3436

Adams and Reese LLP
c/o Micheal N. Mire
1221 McKinney, Suite 4400
Houston, TX 77010

Abrasive Products Equipment
201 Geargia Ave
Deer Park, TX 77536

Adobe Equipment
7607 Wallisville
Houston, TX 77020

Abrasive Products Equipment
201 Georgia Ave.
Deer Park, TX 77536

Adobe Equipment
7607 Wallisville
Houston, TX 77020

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Adrian Espinoza
14232 Industry
Houston, TX 77053-2527

All Covered, Inc.
510 Bering Drive
Houston, TX 77057

ADT Security Services Inc.
14200 E. Exposition Avenue
Aurora, CO 80012

Allan Bandayrel
4102 Bluewater Drive
Missouri City, TX 77459

Aetna US Healthcare
151 Farmington Ave.
Harford, CT 06156

Allied Waste Services #853
13630 Fondren
Houston, TX 77085

AIP
7100 N. Loop east, Suite A
Houston, TX 77028

Allied Waster Services #853
P.O. Box 78829
Phoenix, AZ 85062

Airgas
1641 Federal Rd.
Houston, TX 77015

Alpha Card
P.O. Box 231179
Portland, OR 97281

Alaska Cascade Financial Services, Inc.
Po Box 4162
Federal Way, WA 98063

Amanda GB Corporation
c/o its registered agent Patrick Almeda
2712 Green Mountain Drive
Pearland, TX 77584-3436

Alberto M. Alcocer
6142 Glenhurst Dr.
Houston, TX 77033

American Alloy Sourcing Specialists, L.P.
Attn: Al Acock, Jr.
P.O. Box 40469
Houston, TX 77240

Alfredo Cordova
1711 Fourcad, #6
Houston, TX 77023

American Alloy Steel
6230 N Houston Rosslyn
Houston, TX 77091-3410

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

American Alloy Steel
Jackie Molina
6230 N. Houston Rosslyn
Houston, TX 77091

American Infosource LP AS Agent for
T-Mobile/T-Mobile USA INC
PO Box 248848
Oklahoma City , OK 73124-8848

American International Group
Christopher Jameson
3890 W. Northwest Hwy, Suite 550
Dallas, TX 75220

American International Group
22427 Network Place
Chicago, IL 60673

American Steel Building Co., Inc.
c/o its Registered Agent, Wilfredo R. Arriondo
P.O. Box 451167
Houston, TX 77245

American Steel Building Co., Inc.
c/o its Registered Agent, Wilfredo R. Arriondo
750 Almeda Genoa Rd.
Houston, TX 77047-4106

American Welding Society
2671 W. 81st St.
Hialiah, FL 33016

Anderson Radiator Repair
158 E. Anderson Rd.,
Houston, TX 77047

Andrew Cadelina
15226 Beechnut St
Houston, TX 77083

Apache Oil Company
5136 Spencer Hwy
Pasadena, TX 77505

Applied Industrial Technoligies – TX LP
Beth Arval
One Applied Plaza
Clevland, Ohio 44115-5056

Applied Industrial Technologies
4007 Greenbriar St., Ste. B
Stafford, TX 77477

AR North America Inc.
c/o David L. Mitchell, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Park
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015

Armando Bernal
14111 Del Papa St.
#A34
Houston, TX 77047

Asencion Zarazua
10601 Sabo Rd
Apt 171
Houston, TX 77089

AT&T
P.O. Box 660779
Dallas, TX 75266

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Atlantic Communications
1635 W. Alabama
Houston, TX 77006

Aurora Crane Corporation
c/o its registered agent Benjamin Almeda,
Jr.
2714 Green Mountain Drive
Pearland, TX  77584-3436

Bayou City Bolt
6331 Cullen
Houston, TX 77021

Ben Almeda, Jr. and Cora Almeda
2714 Green Mountain
Pearland, TX 77584-3436

Benedict Computers
220 Felton Drive
Menlo Park, CA 94025

Benjamin B. III Almeda and Nancy
Almeda
11803 Crescent Cove
Pearland, TX 77036

Blue Cross Blue Shield of Texas
901 S. Central Expressway
Richardson, TX 75080

Bolts 'n Nuts Plus
2011 Matilda
Houston, TX 77039

Cable Moore, Inc.
c/o Grant Dunwoody
2500 Tanglewilde, ste. , 150
Houston, TX 77063

Cable Moore, Inc.
Greg Moore
1425 5th Street
Oakland, CA 94607

Cable Moore, Inc.
1425 5th Street
Oakland, CA 94607

Canyon States Transportation
7439 Coriscana Drive
Colorado Spring, CO 80923

Cargozone Logistics, Inc.
1490 Beachey Place
Carson, CA 9

Cbeyong Communications
P.O. Box 848432
Dallas, TX 75284

Centerpoint Energy
P.O. Box 4981
Houston, TX 77210

Ceridian
P.O. Box 10989
Newark, NJ 07193

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Chad Wolf
2800 Mustang Rd. #215
Alvin, TX 77512

City of Olympia
P.O. Box 7966
Olympia, WA 98507

Christensen O'Connor Johnson
1420 Fifth Avenue, Ste. 2800
Seattle, WA 98101

Clarence Pierpoint
2241 O'day Rd #9
Pearland, TX 77581

Christensen O'Connor Johnson Kindness
1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347

CNC Alpha Services LLC
12607 Vinvale St.
Houston, TX 77006

CICSA Marine
2627 S. Bayshore Dr.
Apt. 1503
Miami, FL 33133

CNC Service & Maintenance
22609, 73rd Place West
Mt. Lake Terrace, WA 98043

Cielito Almeda
2709 Green Mountain Drive
Pearland, TX 77584

Comcast Cable
8590 W. Tidwell, 4th Floor
Houston, TX 77040

Cielito B. Almeda
2709 Green Mountain Dr.
Pearland, TX 77584

Commercial Insurance Bankruptcy Collection
Michelle A. Levitt, Authorized Represent
175 Water Street, 18th Florr
New York, NY 10038

Cirro Energy
P.O. Box 660004
Dallas, TX 75266

Con-way Freight, Inc.
P.O. Box 5160
Portland, OR 97208

City of Houston, Water Department
P.O. Box 1560
Houston, TX 77521

Cornelio Lim
12026 Blade Borough Ct.
Houston, Tx 77089

## Section 8.11 Service List For Sale Motion And Bid Procedures Motion
Case No. 09-34031 - [Debtor]

Corus International
13135 Dairy Ashford Road, Ste. 240
Sugarland, TX 774

Corus International
Chris Evett
13135 Dairy Ashford Road
Suite 240
Sugar Land, TX 77478

Counsel for Cable Moore, Inc.
Grant V. Dunwoody
The Dunwoody Law Firm
2500 Tanglewilde, Suite 150
Houston, TX 77063

Counsel for CICSA Marine
Peter Johnson
Law Office of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, TX 77046

Counsel for Harris County and City of Houston
Tara L. Grundemeier
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Counsel for Oceaneering International, Inc.
David Elder/Geoffrey H. Bracken
Gardere Wynne Sewell, LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

Counsel for Oceanografia S.A. de C.V.
Alfred J. Rufty, III/Jill S. Willhoft
Harris & Rufty, LLC
650 Poydras Street, Suite 2710
New Orleans, LA 70130

Counsel for Otto Candies, LLC
Alfred J. Rufty, III/Jill S. Willhoft
Harris & Rufty, LLC
650 Poydras Street, Suite 2710
New Orleans, LA 70130

Counsel for Praxair, Inc.
Scot G. Doyen
Doyen Sebesta, Ltd. LLP
1010 Lamar St., Suite 950
Houston, TX 77002

Counsel for Product Handlings Design, Inc.
Beverly A. Whitley
Bell, Nunnally & Martin, LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, TX 75204-2429

Counsel for Rowan Companies, Inc.
Michael J. Maloney
Maloney Martin, LLP
3401 Allen Parkway, Ste. 100
Houston, TX 77019

Counsel for Stemen Environmental, Inc.
Shawn M. Bunce
Jay A. Goldstein Law Office, PLLC
1800 Cooper Pt. Rd. SW, Bldg. 8
Olympia, WA 98502

Counsels for CVI Global Lux Oil & Gas S.A.R.L.
Breia L. Schleuss
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Craig E. Power
Cokinos, Bosien & Young
Four Houston Center
1221 Lamar Street, 16th Floor
Houston, TX 77010

Cranesmart America Inc.
4908 97th Street
Edmunton AB T6E 5S1
CANADA

Curtis A. Moore Jr.
2715 Almeda Plaza Dr
Houston, TX 77045

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

CVI Global Lux Oil and Gas S.A.R.L.,
c/o Dennis Ryan, Faegre & Benson LLP
90 South Seventh St.
2200 Wells Fargo Center
Minneapolis, MN 55402

CW Rod & Tool Co.
6714 Brittmore
Houston, TX 77041

D.F. Sales
15818 Ave. C
Channelview, TX 77530

Daniel Garza
14216 Papadosa St.
Houston, TX 77053

Daniel Hinojosa
8601 Broadway, Ste. 1215
Houston, TX 77061

Daniel Zambrano
14100 Del Papa #109
Houston, TX 77047

Dendoff S prings
12045 Old Yale Road
Surrey, Surry

Derryl D. Curry
6003 Quiet Village Court
Houston, TX 77053

Det Norske Veritas
16340 Park Ten Place, Suite 100
Houston, TX 77084

DHL Express (USA), Inc.
P.O. Box 6000
FILE 30692
San Francisco, CA 94160

Diamond Bolt
3210 Fuqua Street
Houston, TX 77047

Diane E. Tebelius
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle, WA 98101

Diedes Transport, Inc.
15837 N. 51st Ave.
Glendale, AZ 85306

Diligent Delivery Systems
333 N. Sam Houston Pkwy E
Houston, TX 77060

Douglas Montufar
647 Frankie Street
Houston, TX 77015

DRT Fluid Connectors Group
DRT Fluid Power
4491 S. 134th Place
Tukwila, WA 98168

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

DRT Fluid Power
Rick Robertson
4491 S. 134th Place
Tukwila, WA 98168

DXP
7272 Pinemont
Houston, TX 77040

Dynamic Labortories, Inc.
3650 Underwood
La Porte, TX 77571

E.F. Bailey Co.
5610 Fourth Avenue South
Seattle, WA 98108

Ebony Gillium
12703 Rockford Dr.
Houston, TX 77048

Edgar Wells
1501 Lance CR
Houston, TX 77045

Edward G. Davis
2812 Tranquility Trail
Houston , TX 77584

EEW Steel
2901 Wilcrest Drive, Ste. 138
Houston, TX 77042

EEW Steel Trading L.L.C.
Duncan Cameron
2901 Wilcrest Drive, Suite 138
Houston, TX 77042

EEW Trading, LLC
2901 Wilcrest Drive, Ste. 138
Houston, TX 77042

Elbert Hailey III
4418 Friar Point Rd.
Houston, TX 77047

Electronic Resourcing, Inc.
2500 Mottoman Rd. SW, Ste. B
Turnwater, WA 98512

Elia L. Fernandez
13501 Monarch
Houston, TX 77047

Eliel Cruz
5150 Red Bluff
Pasadena, TX 77503

Elliott Electric Supply
Attn: Robert Flores
P.O. Box 630610
Nacogdoches, TX 75963-0610

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Elliott Electric Supply
3222 Manvel
Pearland, TX 77584

Francisco J. Mendez
1413 Rosharon Rd. Tr. 2
Alvin, TX 77511

Equipment Depot
700 West Cavalcade
Houston, TX 77009

Francisco Leal
11710 Briar Forest, Apt. 505
Houston, TX 77077

Ervery O. Perez
3422 McKinney #63
Baytown, TX 77521

Francisco Viramontes
6521 Mraglen Apt 221
Houston, TX 77023

Expeditors, Int. – IAH
18255 Humble Parkway
Humble, TX 77338

Frederico De La Cuest
3903 Erby St.
Houston, TX 77087

Fastenal Company
12112 Almeda Ste. A-1
Houston, TX 77045

Fuller Realty Advisers, Ltd.
c/o its broker Colliers International
1300 Post Oak Blvd., Suite 225
Houston, TX 77056

FedEx Freight
P.O. Box 10306
Palatine, IL 60055

Gallery Furniture
2411 Post Oak Blvd.
Houston, TX 77056

Fernando Ortega
3405 Overcross DR
Houston, TX 77045

Gerardo Gonzalez
6003 Rampart
Apt. 201-C
Houston, TX 77081

Florencestien Sanders
4418 Friar Point Rd.
Houston, TX 77047

GHX Industrial
4360 Gessner
Houston, TX 77041

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

GHX Industrial, LLC
Attn: Dan Maddox
3440 S. Sam Houston Parkway East
Suite 300
Houston, TX 77047

Groves Industrial Supply
7301 Pinemont
Houston, TX 77040

Global Industrial.com
P.O. Box 100090
Buford, GA

Guadalupe Coronado Ramirez
14025 Forest Acres Dr
Houston, TX 77050

Global Shop Solution
P.O. Box 60396
Houston, TX 77205

Gulf Coast Adhesives
1300 Hugh Rd., Suite 102
Houston, TX 77267

Glory-Le Trucking
5052 Gallagher Drive
Houston, TX 77045

Gustavo Martinez
9804 Margie Court
Spring, TX 77375

Gorman Uniform
9021 Katy Freeway
Houston, TX 77024

H. Malcolm Lovett, Plan Agent
c/o Joshua W. Wolfshohl
Porter & Hedges, L.L.P.
1000 Main Street, 36th Florr
Houston, TX

Grainger
1222 S. Loop West
Houston, TX 77054

H. W. Security Co.
Leonard Dentess
PO Box 450904
Houston, TX 77245

Great Choice Freight Solutions, LLC
P.O. Box 411213
Kansas City, MO 94141

H.W. Security Co. Plant 1
PO Box 450904
Houston, TX 77245

Great Western Supply
14121 Gulf Frwy.
Houston, TX 77034

Harris County, et al
Linebarger Groggan Blair & Sampson LLP
c/o Tara L. Grundemeier
PO Box 3604
Houston, TX 77253-3064

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Harris Machine Tools
14309 Sommermeyer
Houston, TX 77041

Hellman
15920 International Plaza Dr.
Houston, TX 77032

Hilda L. Solis, US Labor Secretary
c/o Lantis Roberts, Investigator
USDOL-EBSA
525 S. Griifin Str. Rm 900
Dallas, TX 75202

Houston Blow Pipe
P.O. Box 1692
Houston, TX 77251

Houston Center Valve & Fitting
2301 Portsmouth
Houston, TX 77098

Houston Center Valve & Fitting
2301 Portsmouth
Houston, TX 77098

Houston Chronicle
c/o Alan Lewis
Hearst Corporation
40th Florr
New York, NY 10019

Houston Chronicle
P.O. Box 80085
Prescott, AZ 86304

Houston Circuit Breaker
8920 Lawndale , Suite A
Houston, TX 77012

Houston Circuit Breaker
8920 Lawndale, Ste. A
Houston, TX 77012

Hydra-Power Systems
P.O. Box 5087
Portland, OR 97208

Hydraquip Distribution
4723 Pinem0nt
Houston, TX 77092

Hytorc Division of Unex Corporation
333 Route 17 North
Mahwah, NJ 07430

Ideal Steel
90693 Link Rd.
Eugene, OR 97402

Ideal Steel
90693 Link Road
Eugene, OR 97402

Industrial Air Tool
1305 W. Jackson
Pasadena, TX 77506

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Inocencio Martinez
2713 Monticello Dr
Houston, TX 77045-3711

ISC Sales, Inc.
4421 Tradition Trail
Plano, TX 75093

Inspection Technologies, Inc.
5414 S. Proctor
Tacoma, WA 98409

Ismael Auguston
4735 E. Ridgecreek
Houston, TX 77053

Instant Office Supplies, Co.
22136 Westheimer Parkway #615
Katy, TX 77450

IT Source
1010 S. 336th St.
Federal Way, WA 98003

Int'l Workboat Show New Orleans
P.O. Box 3126
Boston, MA 02241

J P Steel
6811 FM 362 Road
Brookshire, TX 77

Internal Revenue Service
1919 Smith St.
Houston, TX 77002

James Gouldie
6985 SE Cleveland Ave.
Port Orchard, WA 98366

International Paint
6001 Antoine Dr.
Houston, TX 77091

Janice Wigfall
15810 Booneridge
Houston, TX 77083

IRS
PO Box 21126
Philadelphia, PA 19114

Jason Mica
2215 Wildwood Park Rd, Apt # 412
Richmond, TX 77469-5200

ISC Sales Inc.
4421 Tradition Trail
Plano, TX 75093-5633

Javier Arroyo
7603 Ave. K
Houston, TX 77011

## Section 8.11 Service List For Sale Motion And Bid Procedures Motion
### Case No. 09-34031 - [Debtor]

Jeremy L.Armour
3243 Battleridge Ln.
Sugarland, TX 77479

Jerome Sophus
2722 Almeda Plaza
Houston, TX 77045

Jesus A. Guajardo
4335 Trafalgar Dr
Houston, TX 77045-6242

Joaquin G. Cortez
4701 Glennwood, Lot# 50
Deer Park, TX 77536

John F. Dollins
3106 Winchester Way
Sugar Land, TX 77479

John W. Nelson
27 Pine Street
New Canaan, CT 06840

Johnny Randall
3715 Alberta
Houston, TX 77021

Johnny W. Fortenberry
15106 Silverman
Webster, TX 77598

Johnson GT
11414 Gulf Freeway
Houston, TX 77034

Jonathon Wood
2614 Crystal Falls Drive
Pearland, TX 77584

Jorge L. Colindres
8801 Glencrest, #6288
Houston, TX 77062

Jorge Mirazo
1103 Hampton Villa
Houston, TX 77047

Jorge Rivera
5117 Liberty Rd
Houston, TX 77026

Jorge Rivera
5117 Liberty Rd
Houston, TX 77026

Jorge Silva
623 Roper
Houston, TX 77034

Jose Aguilar
83334 Holiday
Houston, TX 77075

## Section 8.11 Service List For Sale Motion And Bid Procedures Motion
Case No. 09-34031 - [Debtor]

Jose M. Lopez
307 E Francis AV
Baytown, Tx 77520

Juan Gonzalez
9021 Katy Freeway
Houston, TX 77024

Jose Pozos
11800 City Park Central Lane, # 335
Houston, TX 77047

Juan Vasquez
711 Central Avenue
Pasadena, TX 77502

Jose Rodriguez
12062 Beechnut
Houston, TX 77072

Julio C. Loyde, Jr.
14 St.,  #1330
Glena Park, TX 77547

Joshua Wittaker
927 Tipsoo Loop N
Ranier, WA 98576

Katie A. Mirazo
1103 Hampton Villa
Houston, TX 77047

Joy R. Rankins
5959 Bonhomme #318
Houston, TX 77036

Kelley Pipe
1711 Skinner Rd.
Houston, TX 77093

JT Repair INC.
PO Box 991
Pearland, TX 77588

Kennedy Marr
56-60 St. John Street
London EC1M 4HG

JT Repair Inc.
P.O. Box 991
Pearland, TX 77588

Kennedy Marr
Mark Pascha
55-60 St. John Street
London EC1M 4HG

Juan C. Rodriguez
9925 Sumerlin
Houston, TX 77075

Kenneth W. Moore
6807 Jadwin Ct I
Missouri, TX 77489

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Kevin Scholtes
2601 Woodland Park Dr.
#6210
Houston, TX 77077

Key Electric
12333- A Sowden Road
Houston, TX 77080

Kimberly Walsh
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Knight Transport
P.O. Box 52650
Bellevue, WA 98015

KonesCranes, Inc.
5125 Hiltonview Road
Houston, TX 77086

Kyle Dinsmor
1114 Melford Ave.
Pearland, TX 77584

Landmark Recovery Services
777 108th Ave., Suite 1670
Bellevue, WA 98004

Lanmark Recovery Services
777 108th Ave
Suite 1670
Bellevue, WA 98004

Laren Tun
12605 Fielding Ln
Houston, TX 77049-2707

Laurtizen Tankers A/S
28, Sant Annae Plads
P.O. Box 2147
1291 Copenhagen K
DENMARK

Laurtizen Tankers, A.S.
One Shell Plaza
910 Louisiana
Houston, TX  77002-4995

Leotis Taylor Jr
16310 Setter Ct
Missouri City, TX 77489

LeSourd & Patten, P.S.
2401 One Union Square
Seattle, WA 98101

Levi B. Romero II
2915 Perdido Bay Ln
Pearland, TX 77584

Levi Romero
12221 Almeda Rd.
Houston, TX 77045

LFC
17314 SH 248, Suite 230
Houston, TX 77064

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Link Global Logistics Int'l Inc.
37466 Stonewood Dr.
Fremont, CA 94536

Link-Access, Inc.
32 Cushing Avenue
Nashua, NH 03064

Lone Star Lift
10795 Hammerly Blvd.
Houston, TX 77034

Luis L. Silva
10145 Lane St
Apt # 5
Houston, TX 77029

Luis Lopez
5711 Purple Sage Rd
Houston, TX 77049

Luoyang Uturan Machinery
5720 W. Maple Road
West Bloomfield, MI 48322

Manchester Sling Company
P.O. Box 12972
Houston, TX 77217

Manuel Campos
16115 Dezavala
Channelview, TX 77530

Marco Specialty Steel, Inc.
P.O. Box 263074
Houston, TX 77207

Marcy E. Kurtz
Bracewell & Giuliani LLP
711 Louisiana Street
Suite 2300
Houston, TX  77002-2770

Margaret M. McClure
909 Fannin, Suite 3810
Houston, TX 77010

Marino Barbaro
14111 Del Para St, A34
Houston, TX 77047

Mario Charo
5519 Hillman St.
Houston, TX 7023

Mario Perez
4126 Erby St.
Houston, TX 77087

Mark Cadelinia
15226 Beechnut St
Houston, TX 77083

Markload Systems, Inc
1118 North Main
Pearland, TX 77581

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Marmon/Keystone Corporation
6441 Bingle Rd.
Houston, TX 77092

Martin M. Chavez
709 E. Lobit
Baytown, TX 77520

Mazak Corporation
8025 Production Dr.
Florence, KY 41042

Mega Electronics, Inc.
4-B Jules Lane
New Brunswick, NJ 08901

Michael N. Mire
Adams and Reese, LLP
4400 One Houston Center
1221 McKinney Street
Houston, TX 77010

Micheal A. Vitacolonna
13808 Castle Bluff Ln
Rosharon, TX 77583

Michelle Cadelina
8526 Riptide Dr
Houston, TX 77072

Mighty USA Inc.
19706 S. Normandie Ave.
Torrance, CA 90502

Misael S. Cortez
5639 Drakestone Blvd
Houston, TX 77053

Mitsubishi Caterpiller Forklift American Inc.
c/o Boyar & Miller
Attention Lee A. Collins
4265 San Felipe, Suite 1200
Houston, TX 77027

MLC CAD Systems
6001 W. William Cannon
Austin, TX 778749

Monster, Inc.
P.O. Box 90364
Chicago, IL 60696

Motion Industries Inc.
1200 Silber Rd.
Houston, TX 77055

Motors & Controls Corp.
8030 South 222nd Street
Kent, WA 98032

MSC Industrial Supply
551 N. Shepard Dr., Suite 200
Houston, TX 77007

MSC Industrial Supply
5311 Clinton Drive
Houston, TX 77020

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

MTEC Mechanical Testing
8676 Taub Road
Houston, Tx 77064

Mustafa Bal
PO Box 3798
Hailey, ID 83333-3798

National Bronze & Metals
2929 West 12th Street
Houston, TX 77008

National Rent A Fence
16207 al dine Westfield Rd.
Houston, TX 77032

National Tub Supply
925 Central Avenue
University, IL 60466

NC Power Systems Co.
P.O. Box 58201
Tukwila, WA 98138

Nigel R. Fisher
3850 FM 518 E, Apt 2603
League City, TX 77573

Nor Offshore
29 International Business Park
#05-06 Acer Building Tower B
Singapore, 60992

Nor Offshore
Morten Jelert
29 International Business Park
#05-06 Acer Building Tower B
Singapore, 60992

Nor Offshore
29 Intl Business Pk, #05-06 Acer Bldg
Singapore 60992

Norberto Estrada
1402 Zapp Lane
Pasadena, TX 77502

Northern Investor Co.
12 Forbury Road
Reading, RG1 1SB

Northern Investors Co.
2200 6th Ave., Suite 513
Seattle, WA 98121

Northern Tool & Equipment
11010 Dorance Lane
Meadows Place, TX 77477

Northwest Fasteners, Inc.
15127 Washington Ave., SW
Lakewood, WA 98498

Norton Sandblasting
1006 Executive Blvd.
Chesapeake, VA 23320

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Occupational Health Centers
P.O. Box 9005
Addision, TX 75001

Oceaneering International, Inc.
c/o Gardere Wynne Sewell LLP
1000 Louisiana
Suite 3400
Houston, TX 77002-5011

Oceanografia S.A. de C.V.
c/o Jill Willhoft, Esq.
650 Poydas Street, Ste. 2710
New Orleans, LA 70130

Offshore Technology Conference
P.O. Box 833868
Richardson, TX 75083

Ohio Casualty Insurance Co.
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, Maryland 21094

Oldcastle Precast
13600 S. Wayside
Houston, TX 77048

Olympic Telephone
2803 29th Avenue SW
Turnwater, WA

Orkin, Inc.
3901 Braxton Drive
Houston, TX 77063

Orlando Rodriguez
5214 Ridgevan
Houston, TX 77053

Ozarka
P.O. Box856680
Louisville, KY 40285

P.M. Testing Laboratory, Inc.
3921 Pacific Highway East
Tacoma, WA 98424

Pac Fas
1509 Alabama
Houston, TX 77587

Palawan Engineering
c/o its registered agent Cielito Almeda
2709 Green Mountain Drive
Pearland, TX 77584

Patrick and Maria Almeda
2712 Green Mountain Dr
Pearland, TX 77584

Paul Bettencourt
P.O. Box 4622
Houston, TX 77210

Peter N. Corier
3326 Wilderness Dr SE
Olympia, WA 98501

### Section 8.11 Service List For Sale Motion And Bid Procedures Motion
Case No. 09-34031 - [Debtor]

Phuong Vu
22807 Spellbrook Bend Ln
Richmond, TX 77407

Pierce County Security
PO Box 958
Tacoma, WA 98401

Pierce County Security
P.O. Box 958
Tacoma, WA 98401

Pioneer Fire & Security, Inc.
P.O. Box 597
E. Olympia, WA 98540

Plumber Surplus
P.O. Box 4786
Riverside, CA 95214

Ponce's Waste Services
6710 Breen
Houston, TX 77086

Power Supply Components
3468 Yale Street
Houston, TX 77018

Powers Brown Architecture
1314 Texas Ave., 2nd Floor
Houston, TX

Praxair Distribution
4840 Railroad Street
Deer Park, TX  77536

Praxair, Inc.
39 Old Ridgebury Road.
Danbury, CT 06810
Attn: Legal Department

Precision Flamecutting & Steel
7104 Old Katy Road
Houston, TX 77024

Pressure Control Machining
11540 North Houston Rosslyn
Houston, TX 77088

Prexair Distribution, Inc.
c/o Doyen Sebesta, Ltd., LLP
1010 Lamar St., Suite 950
Houston, TX 77002

Primary Steel
1699 w. Grand Avenue
Oakland, CA 94607

Process Control Consultants
10211 Mullen Road
Olympia, WA 98513

Product Handling Design
2322 Parker Rd. #410
Carrollton, TX 75010

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Professional Credit Service
PO Box 7548
Eugene, OR 97401-0039

Ranco Industries
3421 Rusk Street
Houston, TX 77003

Professional Services Industries
P.O. Box 71168
Chicago, IL 60694

Receivable Management Services
P.O. Box 730900
Dallas, Tx 75373

Progressive Business Publications
P.O. Box 3019
Malvern, PA 19355

Refridgerated Food Express Inc.
55 Murphy Drive
Avon, MA 02322

Puget Sound Energy
P.O. box 91269
Bellevue, WA 98009

Rex Supply
3715 Harrisburg Blvd.
Houston, TX 77003

QC Laboratories, Inc.
10810 Northwest Freeway
Houston, TX 77092

Ricardo Rivera
5117 Liberty Rd
Houston, TX 77028

Quality Concepts
7825 Hillmont
Houston, TX 77040

Roadway
9415 Wallisville Road, Bldg A
Houston, TX 77013

Rafael Perez
8100 Stone St. Apt 509
Houston, TX 77061

Roberto Serrano
8603 Bronson St.
Houston, TX 77034

Rainbow Printing
3711 Boettler Oaks Drive
Uniontown, OH 44685

Robertson Metal Fabricating LLC
7922 Hansen Road
Houston, TX 77061

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Roof Doctor, Inc.
P.O. Box 2257
Olympia, WA 98507

Rowan Companies, Inc.
Ted Gobillot
2800 Post Oak Blvd., Suite 5450
Houston, TX 77056

Rown Drilling
2800 Post Oak Blvd, Ste. 5450
Houston, TX 77056

Rutland Tool & Supply
6605 Roxburgh
Houston, TX 77041

Samuel Perez
13818 Waterville Way
Houston, TX 77015

Saul Ceniceros
1306 Airline South
Rosharon, TX 77583

Savanah Logistics, LLC
P.O. Box 81183
Seattle, WA 98108

Seal Source, Inc.
15943 NE Cameron Blvd.
Portland, OR 97230

Sector Technology Inc.
4865 Wyndhurst Road
Lexington, KY 40515

Securities & Exchange Commission
Bankruptcy Section
500 West Madison, Ste. 1400
Chicago, IL 60661

Sergio Martinez
6002 Rampart St
Apt 914
Houston, TX 77081

Service Steel Warehouse LLP
8415 Clinton Drive
Houston, TX 77029

Sew Eurodrive, Inc
3950 Platinum Way
Dallas, TX 75237

Shawn M. Bunce
Jay A. Goldstein Law Office, PLLC
1800 Cooper Pt. Rd. SW, Bldg 8
Olympia, WA 98502

Sheldon J. Roberts
2710 Green Mountain Dr
Pearland, TX 77584

Michael Delouche
President of Siem Industries, Inc.
801 Travis Street, Suite 2100
Houston, TX 77002

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Siem Offshore
P.O. Box 425
N-4664 Kristiansand S. Norway

Siem Offshore
Terje Sorensen
N-6141 Rovde
Norway

Siem Offshore Inc.
N-6141 Rovde
Norway

Sigfredo M. Garcia
5325 S. Wayside Dr.
Houston, TX 77087

Sigma Coatings
P.O. Box 840079
Dallas, TX 75284

Southern Ford
17717 South Freeway
Manvel, TX 77578

Sparkletts and Sierra Springs
P.O. Box 660579
Dallas, TX 75266

Specialty Steel Supply
16623 Aldine Westfield Road
Houston, TX 77032

Spencer Fluid Power
P.O. Box 34935, Dept. 51
Seattle, WA 98124

Sprint
P.O. Box 54977
Los Angeles, Ca 90054

Sprint Nextel Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0949

Stabbert Maritime Services
2629 NW 54th St. #W201
Seattle, WA 98107

Star Tex Power
3200 SW Frwy, #1000
Houston, TX 77027

StarTex Power
P.O. Box 4802
Houston, TX 77210

Steel Supply Co.
5105 Newport Dr.
Rolling Meadows, IL 60008

Stemen Environmental Inc
PO Box 3644
Lacey, WA 98509-3644

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Stephen Statham
515 Rusk
Suite 3516
Houston, TX  77002

Stewart & Stevenson LLC
601 W. 38th St
Houston, TX 77018

Stokes Sales Company
17627 4th Place West
Bothell, WA 98012

Stud Welding Associates, Inc.
9324 Baythorne
Houston, TX 77041

Sub Sea Tie Back
PO Box 973059
Dallas, TX 75397-3059

Sullair of Houston
8640 Panair
Houston, TX 77061

Sun Coast Resources
6922 Cavalcade
Houston, TX 77028

Sunbelt Reporting & Litigation
6575 West Loop South, Ste. 580
Bellaire, TX 77401

Sunbelt Steel
10537 Fsher Road
Houston, TX 77041

SunSource
11928 W. Silver Spring Dr.
Milwaukee, WI 53225

SunSource
1833 Johanna Street
Houston, TX 77055

Superior Bolt & Nut Mfg.
1415 east Elwood Street
Phoenix, AZ 85040

TEA Transportation
12102 Almeda Rd.
Houston, TX 77045

Teri H. Kelley
6750 West Loop South, Suite 920
Bellaire, TX  77401

Terry L. Turner
14403 Waterloo Dr.
Houston, TX 77045-6619

Texas Comptroller of Public Accounts
Post Office Box 13528 Capitol Station
Austin, Texas 78711-3528

## Section 8.11 Service List For Sale Motion And Bid Procedures Motion
Case No. 09-34031 - [Debtor]

Texas ReExcavation, LC
3025 Maxroy
Houston, TX 77008

Texas Workforce Commission
9315 Stella Link Rd.
Houston, TX 77025

Texas Workforce Commission
Regulatory Integrity  Division-SAU
101 E 15th St Rm. 556
Austin, TX 78778-0001

The Commercial Agency
c/o Spencer Fluid Power Inc
PO Box 23909
Portland, OR 97281

The Inlet Connection
513 State Avenue NE
Olympia, WA 98501

The Nut Place
6606 N.Gessner
Houston, TX 77040

Thurston County Assesor's Office
Building 1, Room 127
2000 Lakeridge Drive, S.W.
Olympia, WA 98502

Time Clock Plus
3322 West Loop 306
San Angelo, TX 76904

Time Equipment Company
2281 116th Avenue N.E.
Bellevue, WA 98004

Timothy Fitzgerald
202 Lakeland Cir.
Rosharon, TX 77583

Titan Tech Int'l
9001 Jameel Road
Houston, TX 77040

T-Mobile
P.O. Box 660252
Dallas, TX 75266

TNT
PO Box  710746
Columbus, OH 43271-0746

TNT USA
P.O. Box 710746
Columbus, OH 43271

Tony Pham
10811 Regal Manor Ln.
Houston, TX 77061

Travis W. Bergh
515 White Wing Ct
Dickinson, TX 77539

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

Triangle Industrial Corporation
2560 N. Coyote Dr.
Tucson, AZ 85745

Trico Marine Services
Ray Hoover
10001 Woodloch Forest Dr., Suite 610
Houston, TX 77027

Trico Marine Services, Inc.
10001 Woodloch Forest Drive
The Woodlands, TX 77380

Trico Marine Services, Inc.
125 James Drive West, Suite 140
St. Rose, LA 70087

Trico Marine Services, Inc.
R. Patrick Vance/L. Etienne Balart
Jones Walker Waechter Poitevent
 Carriére & Denégre, L.L.P.
201 St. Charles Avenue
New Orleans, Louisiana 70170-5011

Triple S Steel
PO Box2119
Houston, TX 77226

Triple S Steel
6000 Jensen Drive
Houston, TX 77026

TRS Recovery Services Inc.
P.O. Box 17170
Denver, CO 80217

T-Tex
8302 Almeda Genoa
Houston, TX 77075

T-Tex Equipment LP
8302 Almeda Genoa
Houston, TX77075

Tubular Steel
27700 Hwy. Blvd.
Katy, TX 77494

TXU Energy
P.O. Box 660161
Dallas, TX 75266

TXU Energy retail Company LLC
c/o Bankruptcy Department
PO Box 650393
Dallas, TX 75265-0393

Union Pacific Railroad Company
1400 Douglas Street
Omaha, NE 68179

United Equipment Accessories
2103 E. Bremer Ave.
P.O. Box 817
Waverly, IA 50677

United Parcel Service ( Freight)
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, Maryland 21094

**Section 8.11 Service List For Sale Motion And Bid Procedures Motion**
Case No. 09-34031 - [Debtor]

United Welding Supply
1301 Lathrop
Houston, TX77220

Universal Steel
1230 East Richey
Houston, TX 77073

UPS Brokerage/UPS Freight
UPS Supply Chain Solutions GCC
UPS Supply Chain Solutions, Inc.
UPS/UPS SCS Dallas
P.O. Box 730900
Dallas, TX 75373

Victor Herrera
3015 Mosby Dr
Sugar Land, TX 77479

Victor M. Jasso
4335 Trafalgar
Houston, TX 77045

Vy T. Nguyen
1201 Dulles Ave
#6207
Stafford, TX 77477

Warren L. Myrfield
10211 Mullen Road
Olympia, WA 98513

Wes Bolt C &E Inc.
717 Bradfield Road
Houston, TX 77060

Wescan Systems Limited
777 Walker's Line
Burlington L7N 2G1
Ontario, CANADA

West Marine
7280 Wynnwood Ln
Houston, TX 77008

Wholesale Electric Supply Company
4040 Gulf Frwy
Houston, TX77004

Womack Machine Supply
P.O. Box 202385
Dallas, TX 75320

Worldwide Pipe & Supply
3500 S. Richey, Suite 220
Houston, TX 77017

Yellow Freight
830-A Airport Ct.
Olympia, WA 98501

Zabel Freeman
420 Heights Blvd
Houston, TX 77007

Zabel Freeman
Thomas Alan Zabel
420 Heights Blvd.
Houston, Texas 77007

## Section 8.11 Service List For Sale Motion And Bid Procedures Motion
### Case No. 09-34031 - [Debtor]

Zeigler's Welding & Hitch Shop Inc.
322 N. Capital Way
Olympia, WA 98501


ZSI, Inc.
P.O. Box 74012
Cleveland, OH 44194

State of Washington
Department of Revenue
P.O. Box 47476
Olympia, WA 98504-7476

St. Louis Terminal Field
 Warehouse Company
826 Clark Avenue
St. Louis, MO. 63102

St. Louis Terminal Field
 Warehouse Company
P.O. Box 242
St. Louis, MO 63166

David Moises Mirazo
Brown McCarroll LLP
221 N Kansas Street, Ste 2000
El Paso, TX 79901

Clay Pritchett
Holt Lunsford Commercial
17 S. Briar Hollow Lane, Ste. 400
Houston, TX 77027

Chris Johnson
Selman Munson & Lerner, PC
820 Gessner, Suite 800
Houston, TX 77024

Brazoria County, et al.
Michael J. Darlow
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
1235 North Loop West, Suite 600
Houston, TX  77008

Counsel for Karl Winter
Harold N. May/Curtis McCreight
May, McCreight & Associates, PLLC
7026 Old Katy Rd., Suite 252
Houston, TX 77024