IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-34031-H4-11 |
| | § | |
| GOODCRANE CORPORATION | § | Chapter 11 |
| | § | |
| Debtor | § | |

## NOTICE OF RESULTS OF AUCTION
(relates to docket no. 454)

**TAKE NOTICE THAT** an Auction was conducted on September 2, 2010 pursuant to the Order Approving (I) Sale Procedure and Form of Notice; and (II) Bid Protections (docket no. 454). The results of the Auction are:

| | |
|---|---|
| Highest and Best Bid: | $10,000,000.00 bid by EZRAM Enterprise LLC under the terms of the Asset Purchase Agreement attached to this Notice. |
| Back-Up Bid: | $9,600,000.00 bid by Texas ReExcavation, LC under the terms of the Asset Purchase Agreement submitted to the court (docket no. 451) with a modification to section 4.3 to reflect that the sum of $9,000,000.00 will be allocated to the Real Property Purchased Assets. |

Respectfully submitted,

HUGHES WATTERS ASKANASE, L.L.P.

*/s/ Rhonda Chandler*
Rhonda R. Chandler   Texas Bar No. 04101600
rchandler@hwa.com
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
(713) 759-0818
(713) 759-6834 – Fax
**ATTORNEYS FOR JANET NORTHRUP,
CHAPTER 11 TRUSTEE**

1762096-1:GCRANE:0002

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Results of Auction was served via first class U.S. Mail, postage prepaid, and/or by ECF upon the parties listed on the attached service list on this 3rd day of September, 2010.

                                                                  */s/ Rhonda Chandler*
                                                            Rhonda R. Chandler

# Master Service List

**The Office of the United States Trustee**

Stephen Statham
515 Rusk
Suite 3516
Houston, TX 77002

**Debtor**

GoodCrane Corporation
12221 Almeda Rd.
Houston, TX 77045

**Secured Creditors**

David Elder/Geoffrey H. Bracken
Gardere Wynne Sewell, LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
*Attorney for Oceaneering International, Inc.*

Breia L. Schleuss
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
*Attorney for CVI Global Lux Oil & Gas S.A.R.L.*

and

Marcy E. Kurtz
Bracewell & Giuliani LLP
711 Louisiana Street
Suite 2300
Houston, TX 77002-2770

Lauritzen Tankers, A.S.
One Shell Plaza
910 Louisiana
Houston, TX 77002-4995

Praxair Distribution
4840 Railroad Street
Deer Park, TX 77536

**Twenty Largest Unsecured Creditors**

American Alloy Steel
Jackie Molina
6230 N. Houston Rosslyn
Houston, TX 77091

American International Group
Christopher Jameson
3890 W. Northwest Hwy
Suite 550
Dallas, TX 75220

Corus International
Chris Evett
13135 Dairy Ashford Road
Suite 240
Sugar Land, TX 77478

DRT Fluid Power
Rick Robertson
4491 S. 134th Place
Tukwila, WA 98168

EEW Steel Trading L.L.C.
Duncan Cameron
2901 Wilcrest Drive
Suite 138
Houston, TX 77042

Elliott Electric Supply
Attn: Robert Flores
P.O. Box 630610
Nacogdoches, TX 75963-0610

Gorman Uniform
Juan Gonzalez
9021 Katy Freeway
Houston, TX 77024

H. W. Security Co.
Leonard Dentess
PO Box 450904
Houston, TX 77245

1456488-1:GCRANE:0002

# Master Service List

Ideal Steel
90693 Link Rd.
Eugene, OR 97402

Kennedy Marr
Mark Pascha
56/60 St. John Street, 2nd Flr.
London EC1M 4HG

Nor Offshore
Morten Jelert
29 International Business Park
#05-06 Acer Building Tower B
Singapore, 60992

Rowan Companies, Inc.
Ted Gobillot
2800 Post Oak Blvd., Suite 5450
Houston, TX 77056

Michael Delouche
President of Siem Industries, Inc.
801 Travis Street, Suite 2100
Houston, TX 77002

Counsel for Stemen Environmental, Inc.
Shawn M. Bunce
Jay A. Goldstein Law Office, PLLC
1800 Cooper Pt. Rd. SW, Bldg. 8
Olympia, WA 98502

Trico Marine Services
Ray Hoover, Global Director Technical Services
10001 Woodloch Forest Dr., Suite 610
The Woodlands, TX 77380*

**Other Parties Requesting Notice**

Counsel for Otto Candies, LLC
Alfred J. Rufty, III/Jill S. Willhoft
Harris & Rufty, LLC
650 Poydras Street, Suite 2710
New Orleans, LA 70130

Teri H. Kelley
6750 West Loop South, Suite 920
Bellaire, TX 77401

Counsel for Rowan Companies, Inc.
Michael J. Maloney
Maloney Martin, LLP
3401 Allen Parkway, Ste. 100
Houston, TX 77019

Zabel Freeman
Thomas Alan Zabel
420 Heights Blvd.
Houston, Texas 77007

Trico Marine Services, Inc.
R. Patrick Vance/L. Etienne Balart
Jones Walker Waechter Poitevent
 Carriére & Denégre, L.L.P.
201 St. Charles Avenue
New Orleans, Louisiana 70170-5011

Counsel for Praxair, Inc.
Scot G. Doyen
Doyen Sebesta, Ltd, LLP
1010 Lamar St., Suite 950
Houston, TX 77002

Praxair, Inc.
39 Old Ridgebury Road.
Danbury, CT 06810
Attn: Legal Department

Counsel for Product Handlings Design, Inc.
Beverly A. Whitley
Bell, Nunnally & Martin, LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, TX 75204-2429

Michael N. Mire
Adams and Reese, LLP
4400 One Houston Center
1221 McKinney Street
Houston, TX 77010

# Master Service List

Counsel for CICSA Marine
Peter Johnson
Law Office of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, TX 77046

Shawn M. Bunce
Jay A. Goldstein Law Office, PLLC
1800 Cooper Pt. Rd. SW, Bldg 8
Olympia, WA 98502

Counsel for Harris County
Tara L. Grundemeier
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Counsel for Cable Moore, Inc.
Grant V. Dunwoody
The Dunwoody Law Firm
2500 Tanglewilde, Suite 150
Houston, TX 77063

Counsel for Oceanografia S.A. de C.V.
Alfred J. Rufty, III/Jill S. Willhoft
Harris & Rufty, LLC
650 Poydras Street, Suite 2710
New Orleans, LA  70130

Kimberly Walsh
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Levi Romero
12221 Almeda Rd.
Houston, TX 77045

Margaret M. McClure
909 Fannin, Suite 3810
Houston, TX 77010

Craig E. Power
Cokinos, Bosien & Young
Four Houston Center
1221 Lamar Street, 16th Floor
Houston, TX 77010

Diane E. Tebelius
LeSourd & Patten, P.S.
600 University Street, Suite 2401
Seattle, WA 98101

Brazoria County, et al.
Michael J. Darlow
Perdue, Brandon, Fielder, et al., LLP
1235 North Loop West, Suite 600
Houston, TX  77008

Counsel for Karl Winter
Harold N. May/Curtis McCreight
May, McCreight & Associates, PLLC
7026 Old Katy Rd., Suite 252
Houston, TX 77024

**Unsecured Creditors Committee Members**

Cable Moore, Inc.
Greg Moore
P.O. Box 4067
Oakland, CA 94614-4067

GHX Industrial, LLC
Attn: Dan Maddox
3440 S. Sam Houston Parkway East
Suite 300
Houston, TX 77047

American Alloy Sourcing Specialists, L.P.
Attn: Al Acock, Jr.
P.O. Box 40469
Houston, TX 77240